UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NANCY H. KEBORT; and B.H.K., a minor, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** ) **CASE NO. 5:17-CV-418-D** ) |
| ROBERT STIEHL, District Court Judge; JAMES COOKE; MARGIT HICKS; GERALD F. KEBORT; ELIZABETH KEEVER; and CLARK REAVES, | ) ) ) ) ) |
| Defendants. | ) ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 16] are OVERRULED, and plaintiff's federal claims [D.E. 10] are DISMISSED without prejudice for failure to state a claim. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims. Plaintiff may pursue her state law claims in state court.

**This Judgment Filed and Entered on June 11, 2018, and Copies To:**

Allison Lukanich                                   (Sent to 5070 Tabor Church Rd.
                                                    Fayetteville, NC 28312 via US Mail)

DATE:                                              PETER A. MOORE, JR., CLERK
June 11, 2018                                      (By) /s/ Nicole Briggeman
                                                         Deputy Clerk